cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOTSPEICH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON CONTROLS, INC., LONG TERM DISABILITY BENEFITS PLAN,<br><br>　　　　　Defendants. | Civil No.07cv1025 JLS (AJB)<br><br>ORDER GRANTING JOINT MOTION TO HAVE DEFENDANT'S CLIENT REPRESENTATIVE APPEAR BY PHONE |

　　　The parties having jointly moved, and good cause appearing, IT IS ORDERED that Defendant's representative is permitted to appear telephonically at the early neutral evaluation conference on October 15, 2007. Defendant's representative shall call Judge Battaglia's chambers at 619-557-3446 at the time of the conference to participate.

　　　IT IS SO ORDERED.

DATED: October 9, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court