cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LOTSPEICH, | ) | Civil No.07cv1025 JLS (AJB) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER FOLLOWING EARLY NEUTRAL EVALUATION |
| JOHNSON CONTROLS, INC., LONG TERM DISABILITY BENEFITS PLAN, | ) ) ) | CONFERENCE |
| Defendants. | ) ) ) | |

On October 15, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Brooks Iler, Esq. and David Lotspeich on behalf of plaintiff; Stephen Galton, Esq. and Donald Sapala, client representative on behalf of defendant Johnson Controls.

The case is not a position for settlement. It is likely that cross motions for summary judgment will be necessary to bring the case to a conclusion.

The Court sets the following dates:

1. The Rule 26(f) conference shall be completed before *October 29, 2007*;

2. The requirement to lodge a discovery plan is hereby waived; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *November 12, 207*;

4. Counsel are ordered to appear **by phone on November 20, 2007** at ***9:30 a.m.*** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff shall initiate the conference call.

1 | Failure of any counsel or party to comply with this Order will result in the imposition of
2 | sanctions.
3 | IT IS SO ORDERED.

5 | DATED: October 17, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court